# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-21522-GLT |
| | : | |
| JENNIFER L. SCARNATI | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

## CERTIFICATE OF SERVICE
## OF
## NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE
## AND
## TRUSTEE'S APPLICATION TO RETAIN REALTORS TO PROCURE
## CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330

I certify under penalty of perjury that I caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on **June 25, 2020.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: electronic notification.

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Julie Frazee Steidl on behalf of Debtor Jennifer L. Scarnati
julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

James Warmbrodt on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bkgroup@kmllawgroup.com

**EXECUTED ON:** June 25, 2020

By:  */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043