**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-21522-GLT |
| | : | |
| JENNIFER L. SCARNATI | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**CERTIFICATE OF SERVICE**
**OF**
**AMENDED NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE**
**AND**
**APPLICATION TO RETAIN REALTORS TO PROCURE**
**CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

I certify under penalty of perjury that I caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on **June 30, 2020.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: electronic notification and first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Julie Frazee Steidl on behalf of Debtor Jennifer L. Scarnati
julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

James Warmbrodt on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bkgroup@kmllawgroup.com

**Service by First Class Mail**

See attached list

**EXECUTED ON:**  June 30, 2020

By:  */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

(P)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

(P)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

(P)PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

ADVANCED COLLECTION BUREAU INC.
1535 NORTH COGSWELL STREET SUITE B-8
PO BOX 560063
ROCKLEDGE FL 32956-0063

ALLY FINANCIAL
P.O. BOX 380901
BLOOMINGTON MN 55438-0901

COMCAST
PO BOX 3001
SOUTHEASTERN PA 19398-3001

COMENITY BANK/VICTORIA SECRET
ATTN: BANKRUPTCY
POB 182125
COLUMBUS OH 43218-2125

CONVERGENT OUTSOURCING
500 SW 7TH STREET
BUILDING A 100
RENTON WA 98057-2983

CREDIT ONE BANK
P.O. BOX 98872
LAS VEGAS NV 89193-8872

CVI SGP-CO ACQUISITION TRUST
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

FENTERS WARD
201 SOUTH HIGHLAND AVENUE SUITE 201
PITTSBURGH PA 15206-3950

GREGG L. MORRIS ESQ.
PATENAUDE & FELIX
501 CORPORATE DRIVE
SOUTHPOINTE CENTER SUITE 205
CANONSBURG PA 15317-8584

JEFFREY BAYTON JR.
428 MIFFLIN STREET
WEST MIFFLIN PA 15122-4108

JENNIFER L. SCARNATI
954 MARGARETTA AVE
PITTSBURGH PA 15234-1302

KAY JEWELERS
PO BOX 4485
BEAVERTON OR 97076-4485

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MIDLAND FUNDING
ATTN: BANKRUPTCY
350 CAMINO DE LA REINE STE 100
SAN DIEGO CA 92108-3007

ONEMAIN FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3251
EVANSVILLE IN 47731-3251

PENNSYLVANIA DEPT. OF REVENUE
DEPARTMENT 280946
P.O. BOX 280946
ATTN: BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

PENNYMAC LOAN SERVICES LLC
PO BOX 514387
LOS ANGELES CA 90051-4387

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PROGRESSIVE LEASING
1155 WASHINGTON PIKE
BRIDGEVILLE PA 15017-2827

RESURGENT CAPITAL SERVICES
PO BOX 1269
GREENVILLE SC 29602-1269

SOUTH HILLS FAMILY MEDICINE
1000 HIGBEE DRIVE
BETHEL PARK PA 15102-4200

ST. CLAIR HOSPITAL
1000 BOWER HILL ROAD
PITTSBURGH PA 15243-1899

SYNCHRONY BANK
C/O OF PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TRANSWORLD SYS INC/51<br>ATTN: BANKRUPTCY<br>PO BOX 15630<br>WILMINGTON DE 19850-5630 | VERIZON<br>500 TECHNOLOGY DRIVE SUITE 550<br>WATER SPRING MO 66304 | WAYPOINT RESOURCE GROUP<br>PO BOX 8588<br>ROUND ROCK TX 78683-8588 |