**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  20-21522-GLT |
| | : | |
| JENNIFER L. SCARNATI | : | Chapter 07 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**SUPPLEMENTAL**
**CERTIFICATE OF SERVICE**
**OF**
<u>**ORDER EMPLOYING PROFESSIONAL FOR TRUSTEE**</u>

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on <u>June 30, 2020.</u>
The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>first class mail</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**  July 1, 2020

                                                By:   <u>*/s/Natalie Lutz Cardiello*</u>
                                                     Natalie Lutz Cardiello
                                                     PA ID# 51296
                                                     107 Huron Drive
                                                     Carnegie, PA 15106
                                                     ncardiello@cardiello-law.com
                                                     (412) 276-4043

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| (P)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | (P)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ADVANCED COLLECTION BUREAU INC.<br>1535 NORTH COGSWELL STREET SUITE B-8<br>PO BOX 560063<br>ROCKLEDGE FL 32956-0063 | ALLY FINANCIAL<br>P.O. BOX 380901<br>BLOOMINGTON MN 55438-0901 |
| COMCAST<br>PO BOX 3001<br>SOUTHEASTERN PA 19398-3001 | COMENITY BANK/VICTORIA SECRET<br>ATTN: BANKRUPTCY<br>POB 182125<br>COLUMBUS OH 43218-2125 | CONVERGENT OUTSOURCING<br>500 SW 7TH STREET<br>BUILDING A 100<br>RENTON WA 98057-2983 |
| CREDIT ONE BANK<br>P.O. BOX 98872<br>LAS VEGAS NV 89193-8872 | CVI SGP-CO ACQUISITION TRUST<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | FENTERS WARD<br>201 SOUTH HIGHLAND AVENUE SUITE 201<br>PITTSBURGH PA 15206-3950 |
| GREGG L. MORRIS ESQ.<br>PATENAUDE & FELIX<br>501 CORPORATE DRIVE<br>SOUTHPOINTE CENTER SUITE 205<br>CANONSBURG PA 15317-8584 | JEFFREY BAYTON JR.<br>428 MIFFLIN STREET<br>WEST MIFFLIN PA 15122-4108 | JENNIFER L. SCARNATI<br>954 MARGARETTA AVE<br>PITTSBURGH PA 15234-1302 |
| KAY JEWELERS<br>PO BOX 4485<br>BEAVERTON OR 97076-4485 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MIDLAND FUNDING<br>ATTN: BANKRUPTCY<br>350 CAMINO DE LA REINE STE 100<br>SAN DIEGO CA 92108-3007 |
| ONEMAIN FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | PENNSYLVANIA DEPT. OF REVENUE<br>DEPARTMENT 280946<br>P.O. BOX 280946<br>ATTN: BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PENNYMAC LOAN SERVICES LLC<br>PO BOX 514387<br>LOS ANGELES CA 90051-4387 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PROGRESSIVE LEASING<br>1155 WASHINGTON PIKE<br>BRIDGEVILLE PA 15017-2827 | RESURGENT CAPITAL SERVICES<br>PO BOX 1269<br>GREENVILLE SC 29602-1269 |
| SOUTH HILLS FAMILY MEDICINE<br>1000 HIGBEE DRIVE<br>BETHEL PARK PA 15102-4200 | ST. CLAIR HOSPITAL<br>1000 BOWER HILL ROAD<br>PITTSBURGH PA 15243-1899 | SYNCHRONY BANK<br>C/O OF PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TRANSWORLD SYS INC/51<br>ATTN: BANKRUPTCY<br>PO BOX 15630<br>WILMINGTON DE 19850-5630 | VERIZON<br>500 TECHNOLOGY DRIVE SUITE 550<br>WATER SPRING MO 66304 | WAYPOINT RESOURCE GROUP<br>PO BOX 8588<br>ROUND ROCK TX 78683-8588 |