# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Jennifer L. Scarnati aka Jennifer L. Scarnetti
    Debtor

PENNYMAC LOAN SERVICES, LLC
    Movant
  vs.

Jennifer L. Scarnati aka Jennifer L. Scarnetti
    Respondent

Natalie Lutz Cardiello, Trustee
    Additional Respondent

Case No. 20-21522-GLT

CHAPTER 7

Related to Documents 19, 23

Hearing Date: 7/23/20 at 10:00 a.m.

## ORDER OF COURT

AND NOW, this _____ day of _____, 2020, Debtor having filed no objection to the Motion for Relief from the Automatic Stay, and the Chapter 7 Trustee and counsel for the Movant having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is hereby GRANTED, and Movant is granted relief from the automatic stay under 11 U.S.C. § 362 with respect to the subject premises located at 428 Mifflin Street , West Mifflin , PA  15122 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem state court remedies, provided, however, that this Order shall become effective the earlier of the date 120 days from the entry of this order or the date on which the Trustee files a Report of No Distribution.

The hearing scheduled for July 23, 2020 at 10:00 a.m. is cancelled.

BY THE COURT:

_____J.

U.S. Bankruptcy Judge

Consented to by:

*/s/ Natalie Lutz Cardiello, Esquire*  
Natalie Lutz Cardiello Esquire  
Chapter 7 Trustee  
107 Huron Drive  
Carnegie, PA 15106  
Phone: 412-276-4043  
ncardiello@comcast.net

*/s/ James C. Warmbrodt, Esquire*  
James C. Warmbrodt, Esquire  
Attorney for Movant  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
Phone: 215-627-1322  
jwarmbrodt@kmllawgroup.com