**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/30/20 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-21522-GLT |
| | : | |
| JENNIFER L. SCARNATI | : | Chapter 7 |
| | : | |
| *Debtor* | : | Related to Doc. No. 22 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

## ORDER APPROVING COUNSEL FOR THE TRUSTEE

AND NOW, this **30th** day of **June 2020**, upon consideration of the **APPLICATION TO APPOINT AN ATTORNEY FOR THE TRUSTEE** filed at Doc. No. 22 (the "Application"), it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The Application is approved as of the date the Application was filed.

(2) The *Law Offices of Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106* is hereby appointed as *Attorney* for the Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4) Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5) Applicant shall serve this Order on all interested parties and file a certificate of service.

_____
HONORABLE GREGORY L. TADDONIO
United States Bankruptcy Judge

cc:  Debtor
     Counsel
     Professional
     Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jennifer L. Scarnati  
      Debtor

Case No. 20-21522-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Jun 30, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.  
db          +Jennifer L. Scarnati,    954 Margaretta Ave,    Pittsburgh, PA 15234-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
         Julie Frazee Steidl    on behalf of Debtor Jennifer L. Scarnati julie.steidl@steidl-steinberg.com,  
          leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes  
          tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
          jbluemle@bernsteinlaw.com  
         Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com,  
          ncardiello@ecf.axosfs.com  
         Natalie Lutz Cardiello    ncardiello@cardiello-law.com,    ncardiello@ecf.axosfs.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                                                                                                                                                    TOTAL: 6