FILED
7/7/20 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Jennifer L. Scarnati aka Jennifer L. Scarnetti
                    Debtor

PENNYMAC LOAN SERVICES, LLC
                    Movant
        vs.

Jennifer L. Scarnati aka Jennifer L. Scarnetti
                    Respondent

Natalie Lutz Cardiello, Trustee
                    Additional Respondent

Case No. 20-21522-GLT

CHAPTER 7

Related to Documents 19, 23

Hearing Date: 7/23/20 at 10:00 a.m.

**ORDER OF COURT**

AND NOW, this 7th day of July 2020, Debtor having filed no objection to the

Motion for Relief from the Automatic Stay, and the Chapter 7 Trustee and counsel for the

Movant having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay

filed in the above matter be and hereby is hereby GRANTED, and Movant is granted relief from

the automatic stay under 11 U.S.C. § 362 with respect to the subject premises located at 428

Mifflin Street , West Mifflin , PA  15122 ("Property), so as to allow Movant, its successors or

assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and

pursue its in rem state court remedies, provided, however, that this Order shall become effective

the earlier of the date 120 days from the entry of this order or the date on which the Trustee files a

Report of No Distribution.

The hearing scheduled for July 23, 2020 at 10:00 a.m. is cancelled.

GREGORY L. TADDONIO jah
UNITED STATES BANKRUPTCY JUDGE

Consented to by:

*/s/ Natalie Lutz Cardiello, Esquire*
Natalie Lutz Cardiello Esquire
Chapter 7 Trustee
107 Huron Drive
Carnegie, PA 15106
Phone: 412-276-4043
ncardiello@comcast.net

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-21522-GLT
Jennifer L. Scarnati                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1            Date Rcvd: Jul 07, 2020
                             Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db              +Jennifer L. Scarnati,   954 Margaretta Ave,   Pittsburgh, PA 15234-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Julie Frazee Steidl    on behalf of Debtor Jennifer L. Scarnati julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com,
           ncardiello@ecf.axosfs.com
          Natalie Lutz Cardiello    ncardiello@cardiello-law.com,   ncardiello@ecf.axosfs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                        TOTAL: 6