IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 20-21522-GLT |
| | : | |
| JENNIFER L. SCARNATI | : | Chapter 7 |
| | : | |
| *Debtor(s)* | : | Related to Document Nos. 24, 27 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | Hearing Date and Time: |
| Movant | : | July 23, 2020 at 10:00 AM |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

### CERTIFICATE OF NO OBJECTION REGARDING
### APPLICATION TO RETAIN REAL ESTATE BROKERS TO
### PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's **Application to Retain Real Estate Brokers to Procure Consented Public Sale Pursuant to 11 U.S.C. §§ 327, 328 and 330** filed on June 25, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Trustee's **Application to Retain Real Estate Brokers to Procure Consented Public Sale Pursuant to 11 U.S.C. §§ 327, 328 and 330**, objections to the Application were to be filed and served no later than **July 17, 2020.**

It is hereby respectfully requested that the Order filed in connection with the Trustee's **Application to Retain Real Estate Brokers to Procure Consented Public Sale Pursuant to 11 U.S.C. §§ 327, 328 and 330** be entered by the Court.

Dated:  July 20, 2020                          By:        */s/Natalie Lutz Cardiello*
                                                                    Natalie Lutz Cardiello
                                                                    PA I.D. #51296
                                                                    107 Huron Drive
                                                                    Carnegie, PA 15106
                                                                    ncardiello@cardiello-law.com
                                                                    (412) 276-4043