**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jennifer L. Scarnati** | Social Security number or ITIN  xxx−xx−6246 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **20−21522−GLT** | |

# Order of Discharge      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jennifer L. Scarnati
aka Jennifer L. Scarnetti

9/28/20                                    **By the court:**  Gregory L. Taddonio
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21522-GLT |
| Jennifer L. Scarnati | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 3 |
| Date Rcvd: Sep 28, 2020 | Form ID: 318 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L. Scarnati, 954 Margaretta Ave, Pittsburgh, PA 15234-1302 |
| r | + | BK Global Real Estate Services EXP REALTY, 1095 Broken Sound Pkwy, NW Suite 100, Boca Raton, FL 33487-3501 |
| 15241542 | + | Advanced Collection Bureau, Inc., 1535 North Cogswell Street, Suite B-8, Po Box 560063, Rockledge, FL 32956-0063 |
| 15241541 | + | Advanced Collection Bureau, Inc., Po Box 560063, Rockledge, FL 32956-0063 |
| 15241553 | + | Fenters Ward, 201 South Highland Avenue, Suite 201, Pittsburgh, PA 15206-3950 |
| 15241555 | + | Jeffrey Bayton, Jr., 428 Mifflin Street, West Mifflin, PA 15122-4108 |
| 15241558 | + | Kay Jewelers, PO Box 4485, Beaverton, OR 97076-4485 |
| 15241559 | + | Midland Funding, 320 East Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 15241560 | + | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15241563 | + | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15241567 | + | Progressive Leasing, 1155 Washington Pike, Bridgeville, PA 15017-2827 |
| 15241569 | + | South Hills Family Medicine, 1000 Higbee Drive, Bethel Park, PA 15102-4200 |
| 15241575 | | Waypoint Resource Group, PO Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNLCARDIELLO.COM | Sep 29 2020 05:18:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2020 02:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2020 02:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Sep 29 2020 05:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15241544 | | Email/Text: ebn@americollect.com | Sep 29 2020 02:51:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 15241543 | + | EDI: GMACFS.COM | Sep 29 2020 05:18:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15273686 | + | EDI: LCIFULLSRV | Sep 29 2020 05:18:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15255573 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2020 03:05:56 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15241548 | | EDI: COMCASTCBLCENT | Sep 29 2020 05:18:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 15241549 | + | EDI: WFNNB.COM | Sep 29 2020 05:18:00 | Comenity Bank/Victoria Secret, Po Box 182789, |

Case 20-21522-GLT   Doc 40   Filed 09/30/20   Entered 10/01/20 01:13:29   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2020 | Form ID: 318 | Total Noticed: 46 |

| Recipient ID | Delivery | Timestamp | Name and Address |
|---|---|---|---|
| | | | Columbus, OH 43218-2789 |
| 15241550 | + EDI: WFNNB.COM | Sep 29 2020 05:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15241551 | + EDI: CONVERGENT.COM | Sep 29 2020 05:18:00 | Convergent Outsourcing, 500 SW 7th Street, Building A 100, Renton, WA 98057-2983 |
| 15241552 | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2020 03:05:54 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15279848 | + Email/Text: kburkley@bernsteinlaw.com | Sep 29 2020 02:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15241554 | + Email/Text: paparalegals@pandf.us | Sep 29 2020 02:52:00 | Gregg L. Morris, Esq., Patenaude & Felix, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15241547 | EDI: JPMORGANCHASE | Sep 29 2020 05:18:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15241546 | EDI: JPMORGANCHASE | Sep 29 2020 05:18:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15255572 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2020 03:05:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15267229 | + EDI: MID8.COM | Sep 29 2020 05:18:00 | Midland Funding LLC, P.O. Box 2011, Warren MI 48090-2011 |
| 15241562 | + EDI: AGFINANCE.COM | Sep 29 2020 05:18:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15241561 | + EDI: AGFINANCE.COM | Sep 29 2020 05:18:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15241564 | Email/Text: info@phoenixfinancialsvcs.com | Sep 29 2020 02:50:00 | Phoenix Financial Services, LLC, 8902 Otis Ave, Indianapolis, IN 46216 |
| 15241565 | Email/Text: info@phoenixfinancialsvcs.com | Sep 29 2020 02:50:00 | Phoenix Financial Services, LLC, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236 |
| 15241566 | EDI: PRA.COM | Sep 29 2020 05:18:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15270985 | EDI: PRA.COM | Sep 29 2020 05:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15241568 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2020 03:08:05 | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15278384 | + Email/Text: bncmail@w-legal.com | Sep 29 2020 02:51:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15241570 | Email/Text: PFS.Analyst@stclair.org | Sep 29 2020 02:51:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15242890 | + EDI: RMSC.COM | Sep 29 2020 05:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15241572 | + Email/Text: bankruptcydepartment@tsico.com | Sep 29 2020 02:51:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15241571 | + Email/Text: bankruptcydepartment@tsico.com | Sep 29 2020 02:51:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15241573 | EDI: VERIZONCOMB.COM | Sep 29 2020 05:18:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15277429 | EDI: AIS.COM | Sep 29 2020 05:18:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

Case 20-21522-GLT   Doc 40   Filed 09/30/20   Entered 10/01/20 01:13:29   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0315-2 | User: dkam | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2020 | Form ID: 318 | Total Noticed: 46 |
| TOTAL: 33 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| aty | *+ | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15241545 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 15241556 | *+ | Jeffrey Bayton, Jr., 428 Mifflin Street, West Mifflin, PA 15122-4108 |
| 15241557 | *+ | Jeffrey Bayton, Jr., 428 Mifflin Street, West Mifflin, PA 15122-4108 |
| 15241574 | * | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Debtor Jennifer L. Scarnati julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Natalie Lutz Cardiello | on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6