## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-21522-GLT |
| | : | |
| JENNIFER L. SCARNATI | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BAYTON | : | |
| Respondent | : | |

### CERTIFICATE OF SERVICE
### of
### NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE
### AND
### TRUSTEE'S MOTION TO DIVEST CO-OWNER'S INTEREST IN REAL PROPERTY

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on May 24, 2021.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail, e-mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Brian Nicholas on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Julie Frazee Steidl on behalf of Debtor Jennifer L. Scarnati
julie.steidl@steidl-steinberg.com, leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

**Service by E-Mail**

Dennis Blackwell, Esquire
db@theblackwelllawfirm.com

**Service by First Class Mail**

Jeffrey Bayton
315 Ohio Avenue
Clairton, PA 15025

Jennifer Scarnati
954 Margaretta Ave
Pittsburgh, PA 15234

**EXECUTED ON:**  May 24, 2021

                                                                By:   */s/Natalie Lutz Cardiello*
                                                                      Natalie Lutz Cardiello
                                                                      PA ID# 51296
                                                                      107 Huron Drive
                                                                      Carnegie, PA 15106
                                                                      ncardiello@cardiello-law.com
                                                                      (412) 276-4043