## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-21522-GLT |
| JENNIFER L. SCARNATI | : | |
| *Debtor* | : | Chapter 7 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BAYTON | : | |
| Respondent | : | |

### CERTIFICATE OF NO OBJECTION REGARDING
**Motion to Divest Co-Owner's Interest in Real Estate**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Divest Co-Owner's Interest in Real Estate** filed on May 24, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion to Divest Co-Owner's Interest in Real Estate, objections to the Motion were to be filed and served no later than June 10, 2021.

It is hereby respectfully requested that the Order filed in connection with the Trustee's Motion to Divest Co-Owner's Interest in Real Estate be entered by the Court.

Dated: June 11, 2021        By:        */s/Natalie Lutz Cardiello*
                                                    Natalie Lutz Cardiello, Esquire
                                                    PA I.D. #51296
                                                    107 Huron Drive
                                                    Carnegie, PA 15106
                                                    ncardiello@cardiello-law.com
                                                    (412) 276-4043